**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01063-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

JOHNN A. VIDMAR JR.,

     Plaintiff,

v.

LT. FLOREZ, Corrections Corporation of America at Crowley Corrections Facility,

     Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On May 20, 2015, Plaintiff submitted to the Court a Prisoner Complaint.   As part
of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined
that the Complaint is deficient as described in this Order.  Plaintiff will be directed to
cure the following if he wishes to pursue any claims in this Court in this action.  Any
papers that Plaintiff files in response to this Order must include the civil action number
on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _X_   is not submitted
(2)    ___   is missing affidavit
(3)    _X_   a certified copy of prisoner's trust fund statement for the **6-month period
            immediately preceding** this filing
(4)    ___   is missing certificate showing current balance in prison account
(5)    ___   is missing required financial information
(6)    _X_   is missing authorization to calculate and disburse filing fee payments
(7)    ___   is missing an original signature by the prisoner
(8)    ___   is not on proper form
(9)    ___   names in caption do not match names in caption of complaint, petition or
            habeas application
(10)  ___   other:

**Complaint, Petition or Application**:

(11) ___ is not submitted

(12) ___ is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)

(13) ___ is missing an original signature by the prisoner

(14) ___ is missing page nos. ___

(15) ___ uses et al. instead of listing all parties in caption

(16) ___ names in caption do not match names in text

(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain a Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  A Court-approved form must be used to cure the deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED May 21, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher_____
United States Magistrate Judge