IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01063-GPG

JOHNN A. VIDMAR, JR.,

    Plaintiff,

v.

LT. FLOREZ, of Corrections Corporation of America/Crowley Correction Facility,

    Defendant.

---

ORDER OF DISMISSAL

---

On May 20, 2015, this action was initiated based on a Prisoner Complaint that Plaintiff Johnn A. Vidmar, Jr., submitted to the Court. Upon further review of the May 20, 2015 Prisoner Complaint, the Court finds that the claims asserted against Defendant Florez are the same claims Plaintiff identified in the Letter he submitted to the Court on May 13, 2015 in Case No. 15-cv-01028-GPG. It is clear that the May 20 Prisoner Complaint should have been filed in Case No. 15-cv-01028-GPG rather than opening this action. The Court, therefore, will direct the Clerk of the Court to close this action and to file ECF Nos. 1, 4 and 5 in Case No. 15-cv-01028-GPG.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Clerk of the Court is directed to close this case as it is a duplicate of Case No. 15-cv-01028-GPG. It is

FURTHER ORDERED that the Clerk of the Court is directed to file copies of ECF Nos. 1, 4, and 5 (from this case) in Case No. 15-cv-01028-GPG. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  24th  day of   June  , 2015.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court